<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCEL GREEN, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>IRVINGTON POLICE DEPARTMENT, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No: 19-20239 (SDW) (JRA)<br><br>**WHEREAS OPINION**<br><br><br>October 31, 2024 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court on *pro se* Plaintiff Marcel Green's ("Plaintiff") motion for reconsideration (D.E. 112 ("Motion")) filed in connection with this Court's October 3, 2024 Opinion and Order granting Defendants Irvington Police Department, Detective Brechner Jeannot, Detective Christopher Jenkens, and Detective Mitchell Molina's ("Defendants") motion for summary judgment; and

**WHEREAS** a party moving for reconsideration must show "(1) an intervening change in the controlling law; (2); the availability of new evidence that was not available when the court [reached its original decision]; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice." *Blystone v. Horn*, 664 F.3d 397, 415 (3d Cir. 2011) (quotation marks and italics omitted). Its brief must "set[] forth concisely the matter or controlling decisions which the party believes the Judge has overlooked," L. Civ. R. 7.1(i); and

**WHEREAS** Plaintiff's Motion does not meet these requirements. It merely partially restates the first amended complaint and makes no mention of the factors above; therefore

Plaintiff's Motion is **DENIED**.  An appropriate order follows.

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     José R. Almonte, U.S.M.J.
       Parties